ACCEPTED
06-15-00059-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
9/14/2015 1:18:17 PM
DEBBIE AUTREY
CLERK

## NO. 06-15-00059-CV

RECEIVED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
9/14/2015 1:18:17 PM
DEBBIE AUTREY
Clerk

## IN THE SIXTH DISTRICT COURT OF APPEALS
## TEXARKANA, TEXAS

### FRANKIE MARIE MILLER,
#### Appellant,

### v.

### JANIE MULLEN,
#### Appellee.

### NOTICE OF ADDRESS CHANGE

**TO THE HONORABLE COURT OF APPEALS:**

Chad Baruch, counsel for appellant, provides notice of his address change as indicated in the signature block.

**NOTICE OF CHANGE**
**PAGE 1**

Respectfully submitted,

/s/Charles "Chad" Baruch
Johnston Tobey PC
3308 Oak Grove Avenue
Dallas, Texas 75204
Telephone: (214) 741-6260
Facsimile: (214) 741-6248
E-Mail: chad@jtlaw.com

*Attorney for Appellant*

## Certificate of Service

The undersigned certifies that a true and correct copy of this instrument was served by efiling on September 14, 2015, upon the following counsel of record:

rschell@schellcooley.com
Attorneys for Appellee

/s/Chad Baruch

**NOTICE OF CHANGE**
**PAGE 2**